# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ALEJANDRO CERVANTES, Plaintiff, v. FCA US, LLC, et al., Defendants. | Case No.: 19-CV-1494 W (AHG) **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 3]** |
|---|---|

Parties have filed a joint motion to dismiss with prejudice. [Doc. 3.] Good cause appearing, the Court **GRANTS** the joint motion. This action is dismissed **WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: December 6, 2019

_____
Hon. Thomas J. Whelan
United States District Judge